5-23CV-028-C

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2023 FEB -8 AM 9:18

In The United States District Court
For The Northern District Of Texas
Lubbock Division

Lonnie Kade Welsh

vs

Management and Training Corp

Emergency Complaint
42 U.S.C 1983, 28 U.S.C 2201 and
28 U.S.C 2202

Parties

1. Plaintiff Lonnie Kade address is 2600 South Sunset Ave, Littlefield, Texas 79339

2. Management and Training Corporation naming Wayne Schmoker as principle agent in the State of Texas in their Official capacity whose address is 2600 South Sunset Ave, Littlefield, Texas 79339.

3. Marsha McLane in her Official capacity as director of the Texas Civil Commitment Office address 4616 West Howard

Lane Bld. 2 Suit 350, Austin Texas 78728.

## Facts

4. On January 30, 2023 Texas Civil Commitment Office Lisa Peralta requested Lonnie Kade Welsh be placed in restraints so she could exchange his ankle monitor.

5. Welsh agreed to have his monitor replaced with a new one.

6. However, he refused to be placed in restraints for that purpose.

7. Peralta stated Welsh was on restraint restriction.

8. Welsh replied that the statute Texas Health and Safety Code 841.0838 and Texas Administration Code 810.150 does not require Welsh to submit to an ongoing restraint system for the purpose of punishment.

9. Welsh asked her to enter the cell with the three security officers

and echange the monitor.

10. She refused. Welsh asked her just let him out with the three security an echange the monitor. She refused.

11. Two security personel stated they would enter Welsh's cell and echange the monitor.

12. Welsh agreed. However Peralta refused and called Marsha McLane to press criminal charges upon Welsh.

13. Peralta was considering Welsh an imminent threat dispite the fact Welsh did not threaten her or anyone.

14. Several times throughout the day Management and Training Corp security officer Titus open Welsh's door.

15. Management and Training Corp security officer Conde also open Welsh's door.

16. In the Secure Management Unit area of the Texas Civil Commitment Center

Officer Titus Open Welsh's door between the hours of 10:30 and 11:30 a.m allowing Welsh to step out get drinks and his lunch tray.

17. The lunch tray is made of a hard plastic and could be used as a weapon if Welsh was an Imminent treat.

18. Between 11:30 a.m and 12:25 p.m. Officer Conde did open Welsh's door while a nurse was present to allow Welsh to receive his medicine.

19. Between 11:30 a.m and 12:25 p.m Officer Conde did allow Welsh outside of his cell so he could make a phone call.

20. Between 12:40 p.m and 1:00 p.m Officer Titus allowed Welsh to come in and out of his cell to clean.

21. During this time Welsh had access to broom, mop, tolit brush, shower scrub brush and the mop bucket.

22. These items are made of hard plastic and wood and could be used as a weapon if Welsh was an imminent threat to cause physical harm.

23. Between 4:15 p.m and 5:00 p.m Officer Titus did open Welsh's door twice to allow Welsh to receive his food tray and drinks for dinner.

24. The food tray is a hard plastic that can be used as a weapon if Welsh was an imminent threat to cause harm.

25. Both Conde and Titus fully expose their person by allowing Welsh out of his cell that would contradict Peralta claim Welsh was an imminent threat.

26. On February 2, 2023 two unknown Department of Public Safety troopers questioned Welsh about refusing to exchange monitors.

27. Welsh envoked his right to an attorney and was not questioned.

28. On February 3, 2023 Welsh requested

to Chief of Security for Management and Training Corp at the Texas Civil Commitment Center James Winckler to save the video at SMU because it will reset in 30 days if not saved.

29. Welsh informed him the video is needed for the upcoming criminal prosecution and if the video is not saved then he cannot have access to the video for his defense.

30. Winckler declined stating Wayne Schmoker Texas Civil Commitment Center Facility Administrator for Management and Training Corp refused the request.

31. Welsh also on Feb. 3, 2023 asked Ltsg Peralta the same request which she stated was denied by Marsha McLane.

32. The video evidence will be destroyed on or about March 1, 2023 where Welsh will not have the video for his criminal defense.

33. In 2018 Welsh was criminally prosecuted

and subpoena videos from the Texas Civil Commitment Center and the Texas Civil Commitment Office.

34. These videos were not available to be produced during the criminal trail because the Texas Civil Commitment Center computer system recycles every 30th day, so from an event the video must be saved within the 30 days from the date of the event or be lost.

## Declaration and ~~Injuction~~ Relief

35. Welsh request the Court to order Marsha McLane and ~~they~~ Management and Training Corp Wayne ~~Imo~~ Schmoker to save the Secure Management Unit Close Circuit Television (C.C.T.V.) until such time that Welsh is completed with the criminal prosecution for failing to submit to the ankle monitor or in the alternative when the 154th ~~District~~ Attorney Office decline to criminally prosecute Welsh for the Offense of failing to submit to the ankle monitor.

## Verification

36. I Lonnie Kade Welsh do hereby verify and declare under the penalty of perjury that the facts in the complaint are true and correct to the best of his knowledge.

Signature: *Lonnie Kade Welsh*
Lonnie Kade Welsh
2600 South Sunset Ave.
Littlefield, TX 79339







UNITED STATES POSTAL SERVICE®

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions a
- USPS Tracking® service included for domestic and many inte
- Limited international insurance.**
- When used internationally, a customs declaration form is req

*Insurance does not cover certain items. For details regarding claims exclusion
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limita

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule
scan

USPS.COM/PICKUP

PRIORITY MAIL 1-DAY™

US POSTAGE & FEES PAID
PRIORITY MAIL
LEGAL FLAT-RATE ENVELOPE
ComBasePrice

0625001 4850 342
9745444
FROM 78339

stamps
endicia
02/06/2023

Lonnie Welsh
6516607
2600 S SUNSET AVE
LITTLEFIELD TX 79339

SHIP
TO:
UNITED STATES DISTRICT COURT CLERK
1205 TEXAS AVE RM 209
LUBBOCK TX 79401-4027

USPS TRACKING #

9405 5112 0620 3925 3870 28

RECEIVED
FEB -8
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.



# USPS PRIORITY MAIL

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.